UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON DIVISION

| | |
|---|---|
| **RANDALL SCOTT GRUBBS**, an individual, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ILLINOIS CENTRAL RAILROAD COMPANY**, a corporation, )<br>)<br>Defendant. ) | CIVIL ACTION NO.   21-1448<br><br>DEMAND FOR JURY TRIAL |

## COMPLAINT

### I. Parties, Jurisdiction, and Venue

1. The Plaintiff, Randall Scott Grubbs, is a resident and citizen of Kentucky, residing in Clinton, Kentucky.

2. The Defendant, Illinois Central Railroad Company, is an Illinois corporation whose principal place of business is in Homewood, Illinois.

3. The incident which is the subject of this action occurred in Cairo, Alexander County, Illinois.

4. The Defendant, Illinois Central Railroad Company, is a common carrier by railroad engaged in the business of operating a railroad in interstate commerce for hire for the purpose of carrying freight in interstate commerce. The Defendant conducts a significant portion of its railroad operations in the State of Illinois.

5. The Plaintiff, Randall Scott Grubbs, at all times referred to herein, was an employee of the Defendant and was acting within the line and scope of his employment for the Defendant. The Plaintiff's duties of employment for the Defendant were in furtherance of interstate commerce

or directly or closely affected interstate commerce.

6. This action is brought pursuant to the provisions of the Federal Employers' Liability Act (FELA), 45 U.S.C., § 51, *et seq*. This Court has jurisdiction pursuant to 28 U.S.C. § 1331, in that this is an action arising under the laws of the United States.

## II. Facts

7. Randall Scott Grubbs is employed as a conductor for the Illinois Central Railroad Company. He worked for the railroad for more than 20 years.

8. On December 10, 2020, Mr. Grubbs was working as the conductor on a local switching job that works out of Cairo, Illinois.

9. As part of Mr. Grubb's and his train crew's work that morning, he and his crew were making a shoving move on Track CA-60 at Cairo.

10. A shoving move is a train movement where the locomotive engine pushes the cars instead of pulling them. As a result, a crew member must position himself on the side ladder of the leading car of the shove movement and act as the eyes of the engineer. Basically, the employee on the lead car controls the movement by giving the engineer car counts.

11. The Illinois Central Railroad Company and the Federal Railway Administration have specific rules and regulations governing shoving moves and car counts. Those rules require that the engineer immediately stop the movement of the train if he travels half the distance of the last car count without receiving a new car count.

12. Mr. Grubbs positioned himself on the ladder of the lead car. He gave the engineer an 80-car count. The engineer acknowledged. The movement began.

13. As the train proceeded down the track, Mr. Grubbs duly gave a 40-car count. The engineer acknowledged. This was followed by a 20-car count and 10-car count. The engineer did

not acknowledge the 10-car count.

14.     As Mr. Grubbs maintained his lookout ahead, he saw an obstruction ahead. Cars from an adjacent track were "fouling" the track they were shoving on. This means that these cars were actually far enough out onto the track where a collision would occur.

15.     Mr. Grubbs got on his radio and immediately said, "That'll do, that'll do! Shoot 'em, shoot 'em!" This was a message to the engineer to stop the train immediately. But, nothing happened.

16.     The train was traveling at about 9 mph. Mr. Grubbs crossed over to the other end of the car as fast as he could so he could reach an angle cock. An angle cock is a device that, if turned, will put the train's brakes in emergency. Unfortunately, there was not enough time. A collision was imminent. Mr. Grubbs jumped and went down an embankment. He suffered severe and permanent injuries to his spine.

17.     Mr. Grubbs' injuries were serious. He has undergone multiple spinal surgeries on his back. He is permanently disabled from his employment at the railroad.

### III. First Cause of Action

18.     The Plaintiff, Randall Scott Grubbs, avers that all of his injuries and damages were caused, in whole or in part, by the negligence of the Defendant, Illinois Central Railroad Company, acting by and through its agents, servants or employees.

19.     The Plaintiff avers that the negligence of the Defendant includes, but is not limited to, the following specific acts of negligence:

       a.     The Defendant railroad negligently failed to provide the Plaintiff with a reasonably safe place to work.

       b.     The Defendant railroad's engineer negligently operated his train in violation

of Illinois Central work rules, as well as FRA regulations.

  c. The Defendant railroad negligently failed to provide safe and proper radios for its employees to utilize.

  d. The Defendant railroad negligently failed to properly maintain its radios.

  e. The Defendant railroad negligently failed to conduct its switching operations in a safe manner.

  f. The Defendant railroad was otherwise negligent.

## IV. Second Cause of Action

20. The Plaintiff avers that all of his injuries and damages were caused, in whole or in part, by a violation by the Defendant railroad of an Act of Congress passed for the protection of railroad workers. The Plaintiff avers that the Defendant violated the provisions of 49 C.F.R. § 220.49 in that the engineer failed to stop the movement of the train during the shoving movement within one-half of the remaining distance following the last car counts provided by the Plaintiff.

## V. Damages

21. The Plaintiff has suffered and seeks to recover for the following injuries and damages:

  a. Past lost wages and benefits;

  b. Future lost wages and impairment of earning capacity;

  c. Past and future medical expenses;

  d. Past physical pain and mental anguish;

  e. Future physical pain and mental anguish;

  f. Loss of the ability to enjoy the usual and normal activities of life;

  g. Permanent physical disability;

      h.      Permanent loss of enjoyment of life; and,

      i.      He was otherwise injured.

22.    Because of the severity of his injuries, the Plaintiff seeks to recover a sum in excess of $2,000,000.

## VI. Jury Demand

23.    The Plaintiffs demand trial by jury.

Respectfully Submitted,

*/s/ James H. Wettermark*
James H. Wettermark
Wettermark & Keith, LLC
100 Grandview Place, Suite 530
Birmingham, AL 35243
Phone: (205) 933-9500
Fax: (205) 977-3431
Email: james@wkfirm.com

Lead Counsel for Plaintiff

DEFENDANT ADDRESS:

Illinois Central Railroad Company
c/o Illinois Corporation Service Company, Registered Agent
801 Adlai Stevenson Dr.
Springfield, IL  62703