IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RANDALL SCOTT GRUBBS,

Plaintiff,

v.

ILLINOIS CENTRAL RAILROAD COMPANY,

Defendant.

Case No. 21-cv-1448 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 1/3/2023**          MONICA A. STUMP, Clerk of Court

                             **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**